**Order entered January 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01446-CV

## IN RE TASCA HOLDINGS, LLC, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13564**

## ORDER
Before Justices Myers, Molberg, and Nowell

Following issuance of our November 26, 2019 order staying proceedings in the trial court and directing real parties in interest to respond to relator's December 3, 2019 writ of mandamus not later than December 27, 2019, the parties informed the Court they had reached a tentative settlement. At the parties' request, we stayed the briefing schedule included in our November 26, 2019 order.

On December 27, 2019, relator notified the Court that it had settled with only one real party in interest, Codel, Inc., and had been unable to agree upon language for a settlement agreement with the remaining real parties. Accordingly, we request that respondent and the remaining interested parties, file their responses, if any, to the petition for writ of mandamus no later than January 13, 2020.

1

_/s/ Lana Myers_
LANA MYERS
JUSTICE